# Court of Appeals
# of the State of Georgia

ATLANTA,  November 10, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0561. DARYL GENE ANKNEY v. THE STATE.**
**A21A0562. DARYL GENE ANKNEY v. THE STATE.**
**A21A0563. DARYL GENE ANKNEY v. THE STATE.**
**A21A0564. DARYL GENE ANKNEY v. THE STATE.**

Daryl Gene Ankney filed these direct appeals from four orders of the trial court revoking his probation in four separate cases. However, an application for discretionary appeal is required to appeal an order revoking probation. OCGA § 5-6-35 (a) (5); see *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999) (holding that where the underlying subject matter is probation revocation, the discretionary appeal procedure applies); accord *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). Ankney's failure to follow the required appellate procedure deprives us of jurisdiction. Accordingly, these appeals are hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/10/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

, Clerk.